Name and address:

RILEY SAFER HOLMES & CANCILA LLP
MEGHAN R MCMEEL (CSB #284841)
456 Montgomery Street
San Francisco, CA 94104

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Billie Cunningham and Maria Cunningham | | CASE NUMBER |
| | Plaintiff(s) | 2:16-cv-03764-SJO (GJSx) |
| v. | | |
| Air & Liquid Systems Corp., et al. | | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| | Defendant(s). | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*
(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*
(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

**SECTION I - INFORMATION**

*Applicant's Name (Last Name, First Name & Middle Initial)*
Fischer, Matthew J

*Firm Name*
RILEY SAFER HOLMES & CANCILA

70 West Madison Street
*Street Address*

Chicago, IL 60606
*City, State, Zip Code*

312-471-8710
*Telephone Number*

312-471-8701
*Fax Number*

mfischer@rshc-law.com
*E-Mail Address*

**I have been retained to represent the following parties:**

Owens-Illinois, Inc.     ☐ Plaintiff  ☒ Defendant  ☐ Other: _____
                         ☐ Plaintiff  ☐ Defendant  ☐ Other: _____

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Illinois State Court | 11/10/1994 | Yes |
| Missouri State Court | 12/15/2014 | Yes |
| U.S. Court of Appeals for the Third Circuit | 7/24/1998 | Yes |
| *continued in section IV | | |

G-64 (06/13)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 3

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California ?    ☐ Yes    ☒ No
If yes, was your CM/ECF User account associated with the e-mail address provided above?    ☐ Yes    ☐ No:

*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  5/24/2017                Matthew J. Fischer
                                *Applicant's Name (please type or print)*

                                *[signature]*
                                *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

McMeel, Meghan R.
*Designee's Name (Last Name, First Name & Middle Initial)*

RILEY SAFER HOLMES & CANCILA
*Firm Name*

456 Montgomery Street

*Street Address*

San Francisco, CA 94104
*City, State, Zip Code*

415.275.8550
*Telephone Number*

415.275.8551
*Fax Number*

mmcmeel@rshc-law.com
*E-Mail Address*

284841
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated May 24, 2017

Meghan R. McMeel
*Designee's Name (please type or print)*

s/ Meghan R. McMeel

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| Name of Court | Date of Admission | Active Member in Good Standing? |
| --- | --- | --- |
| U.S. Court of Appeals for the Sixth Circuit | 5/5/2010 | Yes |
| U.S. Court of Appeals for the Seventh Circuit | 1/12/1996 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | 6/25/2007 | Yes |
| U.S. District Court for the Central District of Illinois | 9/25/1997 | Yes |
| U.S. District Court for the Northern District of Illinois | 8//10/1995 | Yes |
| U.S. District Court for the Southern District of Illinois | 10/31/1997 | Yes |
| U.S. District Court for the Northern District of Indiana | 11/1/2000 | Yes |
| U.S. District Court for the Eastern District of Wisconsin | 1/25, 1999 | Yes |
| U.S. District Court for the Western District of Wisconsin | 1/20/1999 | Yes |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Matthew John Fischer

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/1994 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 17th day of May, 2017.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

## The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 12/15/2014,

## Matthew John Fischer

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 12th day of May 2017.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## CERTIFICATE OF GOOD STANDING

I, MARCIA M. WALDRON, Clerk of the United States Court of Appeals for the Third Circuit, DO HEREBY CERTIFY THAT **Matthew J. Fischer, Esq.** was admitted to practice before this Court as an attorney and counselor on **July 24, 1998** he or she has never been suspended nor disbarred, and is presently a member of the bar of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or complaints pending before the Disciplinary Committee of this Court against said attorney and counselor.

        IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the said Court, at Philadelphia, this 15th day of May, 2017

        MARCIA M. WALDRON, Clerk
        United States Court of Appeals
        For the Third Circuit

By: _____
        Patricia S. Dodszuweit
        Chief Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

TO ALL WHOM IT MAY CONCERN, GREETINGS:
THIS IS TO CERTIFY THAT

## Matthew J. Fischer,

OF Chicago, STATE OF Illinois WAS ON MOTION, FIRST MADE TO THE COURT ON HIS BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEARLS FOR THE SIXTH CIRCUIT ON THE 5th DAY OF May, IN THE YEAR OF OUR LORD TWO THOUSAND AND TEN, AND THAT HE, IS NOW IN GOOD STANDING.



In Testimony Whereof, I Debbie S. Hunt, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this 17th day of May in year of our Lord two thousand and seventeen.

**Debbie S. Hunt**
Clerk, United States Court of Appeals
for the Sixth Circuit

*Michelle Hall*
Michelle Hall
Deputy Clerk

Form 6CA-21
Revised January 2002

# United States Court of Appeals



### For the
# Seventh Circuit

---

## Certificate of Good Standing

I, Gino J. Agnello, Clerk of the United States Court of Appeals for the Seventh Circuit, do hereby certify that Matthew J. Fischer was on the Twelfth day of January, in the year of our Lord one thousand, nine hundred and ninety-six, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the Seventh Circuit, and that said Attorney has ever since been in good standing.

**In Testimony Whereof**, I, Gino J. Agnello, hereunto subscribe my name and affix the seal of the United States Court of Appeals for the Seventh Circuit, this sixteenth day of May in the year of our Lord two thousand seventeen.



Clerk of the United States Court of Appeals for the Seventh Circuit



THE UNITED STATES OF AMERICA

for the Tenth Circuit

I, Elisabeth A. Shumaker, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Matthew J. Fisher was

duly admitted to practice before this Court on June 25, 2007,

and is in good standing. There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on May 15, 2017.

ELISABETH A. SHUMAKER

Clerk of Court

By _____
Deputy Clerk



Kenneth A. Wells
Clerk of Court

**United States District Court**
Central District of Illinois
Office of the Clerk

Tel: 217.492.4020
Tel: 217.492-4028

May 15, 2017

Certificate of Good Standing

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | SS. |
| CENTRAL DISTRICT OF ILLINOIS | ) | |

I, Kenneth A. Wells, Clerk of the United States District Court for the Central District of Illinois,

DO HEREBY CERTIFY That Matthew J. Fischer was duly admitted to practice in said Court on September 25, 1997, and that said person is in good standing in said Court.

Dated at Peoria

On May 15, 2017.

_Kenneth Wells_
Clerk

By: _Jennifer Sullivan_
Deputy Clerk

Peoria Division
100 N.E. Monroe Street
Room 309
Peoria, IL 61602
209.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211  19th St.
Room 203
Rock Island, IL 61201
309.793.5778

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Matthew J. Fischer

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Matthew J. Fischer was duly admitted to practice in said Court on (08/10/1995) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/15/2017 )

Thomas G. Bruton , Clerk,

By: Lakisha Williams
Deputy Clerk

# United States District Court
## Southern District of Illinois

### Certificate of Good Standing

Presented to

**Matthew J. Fischer**

I, Justine Flanagan, Acting Clerk of this Court, certify that Matthew J. Fischer was duly admitted to practice in this Court on October 31, 1997, in East St. Louis, Illinois, and is in good standing as a member of the bar of this Court.

In witness of this, I have subscribed my name and affixed the seal of this Court on the 24th day of May, 2017.

*Justine Flanagan*
Acting Clerk of Court

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

## CERTIFICATE OF GOOD STANDING

I, __Robert N. Trgovich__, Clerk of this Court,

certify that __Matthew J. Fischer__, Bar # __6224916__,

was duly admitted to practice in this Court on __11/01/2000__, and is in good standing as a member of the Bar of this Court.

Dated at __Hammond, Indiana__ on __05/15/2017__
*(Location)*      *(Date)*

Robert N. Trgovich, Clerk

_____
*CLERK*

_____
*DEPUTY CLERK*

AO136 ED
(Rev. 03/17)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, STEPHEN C. DRIES, Clerk of the United States District Court, Eastern District of Wisconsin,

DO HEREBY CERTIFY that Matthew J. Fischer, Bar #6224916, was duly admitted to practice in this Court on January 25, 1999, and is in good standing as a member of the Bar of this Court. I further certify that there are no disciplinary actions on file with this court.

Dated at        Milwaukee, Wisconsin

on              May 15, 2017

Stephen C. Dries
Clerk of Court

By: _____
Deputy Clerk

# United States District Court
# Western District of Wisconsin



# Certificate of Good Standing

I certify that Matthew John Fischer was duly admitted to practice in the United States District Court for the Western District of Wisconsin on January 1, 1999 and is in good standing in this court.

Dated this 15th day of May, 2017.

Peter Oppeneer, Clerk of Court

By _____
Deputy Clerk